IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MYNOR SUCUS SAJBOCHOL,<br>PETITIONER, | §<br>§ | |
| | § | |
| V. | § | CIVIL CASE NO. 3:26-CV-2379-D |
| | § | |
| WARDEN PRAIRIELAND DETENTION CENTER, ET AL.,<br>RESPONDENTS. | §<br>§<br>§ | |

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

August 27, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE